UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HOUSTON, aka ERIC EUGENE HOUSTON, aka ERIC E. HOUSTON, <br><br>  Petitioner, <br> vs. <br><br> WARDEN J.L. NORWOOD, <br><br>  Respondent. | Case No. CV 09-1292-JFW(RC) <br> (Case No. 3:99-CR-132) <br><br><br> JUDGMENT |

Pursuant to the Opinion and Order,

IT IS ADJUDGED that the motion and action under 28 U.S.C. § 2255 are summarily dismissed for lack of jurisdiction.

DATE: March 6, 2009    _JOHN F. WALTER    /s/_
                             JOHN F. WALTER
                        UNITED STATES DISTRICT JUDGE

R&R-MDO\09-1292.jud
3/5/09